IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RACHEL GREENE d/b/a RACHEL BOLDT,<br><br>Plaintiff,<br><br>v.<br><br>WOODLAWN UNIT SCHOOL DISTRICT #209, MARK RICHARDSON, MIKE RICHARDSON, and DANNY DEES,<br><br>Defendants. | No. 2022-CV-2727<br><br>Honorable David W. Dugan |

## **ENTRY OF APPEARANCE**

To: The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant, WOODLAWN UNIT SCHOOL DISTRICT #209, in the above-referenced matter.

Dated this 14th day of March, 2025.

                                            **ROBBINS SCHWARTZ, LTD.**

                                By:   /s/ *Aidan C. Falk*
                                          Aidan C. Falk

Nikoleta Lamprinakos (6274018)
Susan E. Nicholas (6278132)
Aidan C. Falk (6342072)
ROBBINS SCHWARTZ LTD.
190 S. LaSalle St., Suite 2550
Chicago, IL 60603
(312) 332-7760
nlamprinakos@robbins-schwartz.com
snicholas@robbins-schwartz.com
afalk@robbins-schwartz.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Aidan C. Falk*
Aidan C. Falk