IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RACHEL GREENE d/b/a RACHEL BOLDT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WOODLAWN UNIT SCHOOL DISTRICT #209, MARK RICHARDSON, MIKE RICHARDSON, and DANNY DEES, ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Defendants. ) | No. 3:22-cv-02727-DWD <br><br> JURY TRIAL DEMANDED |

## **MOTION FOR LEAVE TO FILE UNDER SEAL**

NOW COME the Defendants, Danny Dees, Mike Richardson, and Mark Richardson, by and through their respective attorneys, and pursuant to Fed. Rules Civ. Proc. R. 5.2(d), move this Honorable Court for leave to file under seal their Motion Pursuant to Federal Rule of Evidence 412(c) and 608(b). In support thereof, Defendants state as follows:

1. Defendants, Danny Dees, Mike Richardson, and Mark Richardson, have prepared a Motion Pursuant to Federal Rule of Evidence 412 (c) and 608(b) to find certain evidence admissible under Rule 412(c) and to further find the specific instances of conduct claimed by Plaintiff to have occurred are properly the subject of cross-examination under Rule 608(b).

2. Defendants intend to attach various portions of Plaintiff's deposition transcript and exhibits, law enforcement records, and Plaintiff's writings detailing her claims.

3. Pursuant to the Agreed Confidentiality Order (Doc. 38), Defendants

Motion will contain as exhibits material designed by Plaintiff as confidential and subject to the Protective Order.

4. Plaintiff's deposition transcript and exhibits, claims made to law enforcement, and writings detailing her claims are necessary to support the Defendant's Motion Pursuant to Federal Rule of Evidence 412(c) and 608(b) and the inability to incorporate them into their response would prohibit the Court from appreciating the importance of Defendants' Motion and create undue prejudice for the Defendants in fully litigating and defending against Plaintiff's claims against them.

5. Pursuant to Fed. Rules Civ. Proc. R. 5.2(d), "[t]he court may order that a filing be made under seal without redaction."

WHEREFORE, Defendants, Danny Dees, Mark Richardson, and Mike Richardson, respectfully request this Honorable Court to enter an order granting Defendants leave to file the above-reference motion and supporting deposition transcript with exhibits, law enforcement records, and writings of Plaintiff under seal, and for any other relief this Honorable Court deems just and reasonable.

Respectfully submitted,

| WHAM & WHAM LAWYERS | Sandberg, Phoenix, & VonGontard | Black, Ballard, & McDonald |
|---|---|---|
| 212 East Broadway, P.O. Box 549<br>Centralia, Illinois 62801<br>Phone: (618) 532-5621<br>Email: dprice@whamlawyers.com<br>*Attorneys for Defendant,*<br>*Danny Dees*<br><br>By /s/ Daniel R. Price<br>     Daniel R. Price  IL #6188928 | 101 W. Vandalia St., Suite 300<br>Edwardsville, IL 62025<br>Phone: (618) 351-7200<br>Email: ccox@sandbergphoenix.com<br>*Attorneys for Defendant,*<br>*Mark Richardson*<br><br>By /s/ Courtney Cox (w/ consent)<br>     Courtney Cox    IL #6182590 | 108 S. 9th St<br>Mt. Vernon. IL 62864<br>Phone: (618) 242-3310<br>Email: jmcdonald@illinoisfirm.com<br>*Attorneys for Defendant,*<br>*Danny Dees*<br><br>By /s/ Jerry McDonald  (w/ consent)<br>     Jerry McDonald  IL #03127456 |

## **PROOF OF SERVICE**

      The undersigned hereby certifies that the foregoing document was electronically filed, under seal, with the Clerk of the Court for the U.S. District Court for the Southern District of Illinois via the CM/ECF system on the 17th day of June, 2025, and was sent via email to counsel of record listed below on that same date.

Mahoney Law Firm
Ryan J. Mahoney – ryan@themahoneylawfirm.com
*Attorney for Plaintiff, Rachel Greene d/b/a Rachel Boldt*

Sandberg, Phoenix, & Von Gontard P.C.
A. Courtney Cox – ccox@sandbergphoenix.com
Zachary S. Merkle – zmerkle@sandbergphoenix.com
*Attorneys for Defendant, Mark Richardson*

Black, Ballard, & McDonald, P.C.
Jerome E. McDonald – jmcdonald@illinoisfirm.com
*Attorneys for Defendant, Mike Richardson*

Robbins Schwartz
Nikoleta Lamprinakos – nlamprinakos@robbins-schwartz.com
Susan Nicholas – snicholas@robbins-schwartz.com
*Attorneys for Defendant, Woodlawn Unit School District #209*

                                             By /s/ Daniel R. Price
                                               Daniel R. Price  IL #6188928