IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RACHEL GREENE d/b/a RACHEL BOLDT, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 22-cv-2727-DWD |
| WOODLAWN UNIT SCHOOL DISTRICT #209; MARK RICHARDSON; MIKE RICHARDSON; and DANNY DEES, | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

**JOINT MOTION TO EXTEND CERTAIN
PRETRIAL COMPLIANCE DEADLINES**

NOW COME counsel for the parties identified below, and submit the following joint motion for a brief extension on certain pretrial compliance deadlines:

1. Trial is set for September 8, 2025.

2. The pretrial conference is set for August 21, 2025.

3. Therefore, under the Court's Case Management Procedures, Rule 26(a)(3) pretrial disclosures are due 21 days before the pre-trial conference — by today, July 31, 2025. Certain other deadlines flow therefrom.

4. Due to the attorneys' other case load and attorney travel schedules, the parties request additional time to comply with Rule 26(a)(3).

5. Undersigned counsel have conferred and stipulated to a pretrial schedule that allows a short extension without imposing significant additional burdens on the Court.

6. Therefore, the parties hereby stipulate to this schedule for pre-trial compliance materials before the pre-trial conference:

    a. Rule 26(a)(3) disclosures by **August 7, 2025**.

40600047.v1

b. Motions in limine filed by **August 7, 2025**.

c. Objections to any Rule 26(a)(3) disclosures by **August 18, 2025**.

d. Responses to any motions in limine filed by **August 18, 2025**.

e. Notwithstanding the motion in limine deadlines above, a party may make a supplemental motion in limine related to witness testimony disclosed in another parties' Rule 26(a)(3) disclosures by **noon (Central Time) on August 18, 2025**, with responses thereto made by **5 p.m. (Central Time) on August 20, 2025**.

7. No other deadlines are affected by this motion.

8. The parties believe this schedule will allow the necessary additional time while also allowing the Court to address all necessary issues at the August 21, 2025 pretrial conference.

WHEREFORE, the parties jointly pray for an order extending the pretrial compliance deadlines as set forth in ¶ 6 above. The parties further pray for other relief deemed just and proper.

>*/s/ Ryan J. Mahoney*
> Ryan J. Mahoney, #6290113
> Leigh M. Perica, #6316856
> Mahoney Law Firm, LLC
> 2220 S State Route 157, Suite 250
> Glen Carbon, IL 62034
> E-mail: ryan@themahoneylawfirm.com
>           leigh@themahoneylawfirm.com
> *Attorneys for Plaintiff*

40600047.v1

        SANDBERG PHOENIX & von GONTARD P.C.

By:    /s/ A. Courtney Cox (with consent)
A. Courtney Cox, #6182590
Zachary S. Merkle, #6322707
1405 West Main Street
Carbondale, IL 62901
618-351-7200
618-351-7604 (Fax)
E-mail: ccox@sandbergphoenix.com
       zmerkle@sandbergphoenix.com
*Attorneys for Defendant Mark Richardson*


/s/ Daniel R. Price (with consent)
Daniel R. Price
Wham & Wham Lawyers
P.O. box 549
Centralia, IL 62801
E-mail: dprice@whamlawyers.com
*Attorneys for Defendant Danny Dees*

/s/ Jerome E. McDonald (with consent)
Jerome E. McDonald
Black, Ballard, McDonald, P.C.
P.O. Box 4007
Mt. Vernon, IL 62864
E-mail: jmcdonald@illinoisfirm.com
*Attorneys for Defendant Mike Richardson*


**CERTIFICATE OF SERVICE**

    I hereby certify that on July 31, 2025, this document was filed and served through the Court's e-filing system on all counsel of record.

        /s/ Angie Rucker

40600047.v1