IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RACHEL GREENE, *doing business as* Rachel Boldt, | ) ) ) ) |
| Plaintiff, | ) Case No. 3:22-cv-2727-DWD ) |
| vs. | ) ) |
| WOODLAWN UNIT SCHOOL DISTRICT #209, ET AL, | ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on August 11, 2025 (Doc. 78), as well as the Stipulation of Dismissal (Doc. 79), this matter is **DISMISSED with prejudice** with each party to bear their own costs and fees.

Accordingly, this case is closed.

**IT IS SO ORDERED.**

**DATED: September 11, 2025**

MONICA A. STUMP, Clerk of Court

*s/ Dana M. Winkeler*
**Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**